# EXHIBIT A

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: J.G Acevedo, Federal LEO  At: SPOKANE, WA DISTRICT OFFICE (ASAC #3) (DIVISION 30) | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  01-19-2024 | |

9. Other Officers:

10. Report Re: Intelligence Regarding Erubey MEDRANO's Voluntary Statements While Being Transported by DEA Investigators.

**DETAILS**

1. On January 12, 2024, Drug Enforcement Administration (DEA) Spokane District Office (SDO) Investigators transported Erubey Medrano from the DEA SDO to the Spokane County Jail (SCJ) after a meeting at SDO. **(Investigator's Note: MEDRANO was brought to SDO along with his attorney to listen to audio evidence.)**

2. MEDRANO was sitting in the front passenger seat while Special Agent Darya Aziz **(Investigative Note: SA Aziz does not speak Spanish)** was driving the vehicle and Task Force Agent (TFA) Jose Acevedo was sitting directly behind MEDRANO in the back seat. TFA Acevedo asked MEDRANO if it gets this cold in Mexico to what he reacted by looking back, then asking TFA Acevedo if he spoke Spanish. TFA Acevedo stated to MEDRANO that he did speak Spanish to what MEDRANO then stated that it does get this cold in certain parts of Mexico like Chihuahua, in reference to the question previously asked by TFA Acevedo. **(Investigator's Note: All statements made by MEDRANO and TFA Acevedo during their brief conversation were made in the Spanish language. This report does not represent a verbatim transcript of the conversation that took place during transport.)**

3. MEDRANO asked TFA Acevedo if he was from Spokane and what was his name; TFA Acevedo replied stating that he was from Spokane and that his name was Joe. MEDRANO then asked TFA Acevedo if he liked working for DEA; TFA Acevedo replied by stating yes. MEDRANO then asked if DEA was encountering / arresting individuals from Mexico dealing with drugs; TFA

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  /s/ Jose G Acevedo, Federal LEO | 13. Date  01-19-2024 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Laci S Larsen, GS | 15. Date  01-19-2024 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ▮▮▮▮▮▮ | ▮▮▮ |
| | 3. File Title | |
| | ▮▮▮ ▮▮▮ ▮▮▮ | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 01-19-2024 | |

Acevedo stated that not all were from Mexico but yes, Mexican individuals have been encountered / arrested lately for drug related offenses. MEDRANO then freely stated "life sometimes takes us down the wrong path, and for many people like me, the need to provide for our families forces us down this path", "nevertheless, we are all just pawns in this game". Investigators did not attempt to further engaged with the quoted comments made by MEDRANO. **(Investigator's Note: MEDRANO's quoted statements are not verbatim and were made in the Spanish language).**

4. TFA Acevedo asked MEDRANO how his life at the Spokane County Jail was, to what MEDRANO replied with the exception of frequent fights and limited outdoor access, his life in jail was not that bad. Medrano further stated that most fights are between Sureños and Norteños gang members. TFA Acevedo asked MEDRANO if he spent any time at the Sea-Tac Federal Detention Center, to what MEDRANO stated that he did spend some time there while dealing with immigration charges. MEDRANO kept talking about his jail experience and how it has changed his life around. MEDRANO claimed to be reformed and that he plans to serve the Lord when he gets out of jail. TFA Acevedo asked MEDRANO about what his pastime was in jail, to what he replied that he read the bible and did exercises such as push-ups and sit-ups in his cell.

5. Upon arrival at the SCJ, MEDRANO was turned into the custody of SCJ staff without incident.

**INDEXING**

▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮